UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS CABRERA CONTRERAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a foreign profit corporation; CHIPOTLE MEXICAN GRILL OF COLORADO, LLC, a foreign limited liability company; CHIPOTLE SERVICES, LLC, a foreign limited liability company; CMG STRATEGY CO., LLC, a foreign limited liability company; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | No. 2:26-cv-01547-JHC<br><br>**ORDER TO STAY THE CASE PENDING MEDIATION AND RESERVE THE RIGHT TO REMAND** |

Pursuant to the parties' stipulation, Dkt. # 10, this matter is stayed pending mediation, scheduled for June 22, 2026.  The parties shall file a joint status report within 30 calendar days after mediation, i.e., no later than July 22, 2026, which will inform the Court on the outcome of mediation and, if necessary, set forth a briefing schedule for Plaintiff's motion to remand.

//

//

//

ORDER - 1

No. 2:26-cv-01547-JHC

IT IS SO ORDERED.

DATED: June 1, 2026.

_John H. Chun_
_____

John H. Chun
United States District Judge

ORDER - 2

No. 2:26-cv-01547-JHC