UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUIS CABRERA CONTRERAS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CHIPOTLE MEXICAN GRILL, INC. a foreign profit corporation; CHIPOTLE MEXICAN GRILL OF COLORADO, LLC, a foreign limited liability company; CHIPOTLE SERVICES, LLC, a foreign limited liability company; CMG STRATEGY CO., LLC, a foreign limited liability company; and DOES 1-20, as yet unknown Washington entities,

Defendants.

No. 2:26-cv-01547-JHC

**ORDER GRANTING STIPULATION TO REMAND**

This matter came before the Court on the parties' joint status report and stipulation to remand. Dkt. # 14. Having considered the stipulation, and being fully advised on the matter, it is hereby ordered that this action shall be remanded to King County Superior Court.

DATED this 1st day of October, 2026.

John H. Chun

John H. Chun
United States District Judge